IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIRI PIK                              :    CIVIL ACTION
                                      :
     v.                               :
                                      :
THE UNIVERSITY OF                     :
PENNSYLVANIA, et al.                  :    NO. 08-5164

ORDER

AND NOW, this 7th day of October, 2010, upon consideration of the defendant the University of Pennsylvania's Motion to Dismiss the Complaint (Docket No. 15), the plaintiff's opposition thereto (Docket No. 21), the defendant's reply (Docket No. 22), and the plaintiff's sur-reply that was faxed to the Court, IT IS HEREBY ORDERED THAT, for the reasons stated in a memorandum of law bearing today's date, the motion is GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED THAT:

    1.    Count I of the complaint is DISMISSED IN PART, as follows:

        (a) All claims based upon the Pennsylvania Anti-Hazing Statute and the University of Pennsylvania's Anti-Hazing Regulation are DISMISSED.

        (b) All claims of negligence are DISMISSED.

        (c) The defendant's motion to dismiss Count I is DENIED in all other respects.

    2.    Count II of the complaint is DISMISSED.

3. Count III of the complaint is DISMISSED.

4. Count IV of the complaint is DISMISSED.

5. Count V of the complaint is DISMISSED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.