```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIRI PIK                          :     CIVIL ACTION
                                  :
         v.                       :
                                  :
THE UNIVERSITY OF                 :
PENNSYLVANIA, et al.              :     NO. 08-5164
```

ORDER

AND NOW, this 29th day of July, 2011, upon consideration of the defendant the University of Pennsylvania's Motion for Sanctions and Protective Order (Docket No. 42), and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

1. The Motion for Sanctions is GRANTED. This case is DISMISSED WITH PREJUDICE and shall be marked as closed for statistical purposes.

2. The Motion for Protective Order is DENIED AS MOOT.

```
                         BY THE COURT:

                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```